**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MAUI AND SONS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01866

Judge Robert W. Gettleman

Magistrate Judge Jeffrey T. Gilbert

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendants |
|---|---|
| 1 | Granday Trading |
| 2 | zhangchao |
| 3 | PengMAN |
| 4 | Choose the right things X |
| 6 | Su Shortsleeved cabin |
| 7 | Biggie Pure Tees |
| 8 | N Moda Luxe |
| 9 | OKTH |
| 11 | Tee Bag |
| 12 | GANMIA vogue |
| 13 | CCA Customization |
| 14 | HLKZYC |
| 15 | RufanHuang |
| 16 | M Moda Luxe |
| 17 | Y Moda Luck |
| 18 | Bai DI |
| 19 | SapienTee |

| | |
|---|---|
| 20 | Ahanggogogo |
| 21 | POP UP Studio A |
| 22 | Beloved Special Offer Tshirt |
| 23 | linjing four |
| 24 | Charming Neighbor Wang |
| 25 | Friday Layup |
| 26 | CraftedCloset |
| 28 | CMONGOLIAXDB |
| 30 | LAI HUI SHOP |
| 31 | HLKMMA |
| 32 | UrbanCanvas S |
| 33 | Printify X |
| 34 | Meridian Mercantiles |
| 35 | WRT Clothing |
| 36 | ShenovaSJ |
| 37 | jiajiuyo |
| 38 | PrimeCoutureStyles |
| 39 | HI Costume Party |
| 40 | Hflfushi |
| 41 | WEI lh |
| 42 | MBour |
| 43 | Zoutuanxiang |
| 44 | QQCLOT |
| 45 | Leisure Product Trendy |
| 46 | Mirinda Trade |
| 47 | ZX NOVA |
| 48 | JSJHSFC |
| 49 | GenZINK |
| 50 | DaLianSu |
| 51 | DiorAK |
| 52 | GaoTX DIY SHOP |
| 53 | Mina Hat Selection |
| 54 | Trendy fashion hat |
| 55 | Street Snap Style |
| 56 | MSSONESOP |
| 57 | PIMNGU |
| 58 | New Celebrity Style |
| 59 | ALUKMJGFD |

| | |
|---|---|
| 60 | Crown Time |
| 61 | TEYGBIUFY Hat |
| 62 | KDHJCYHD HAT |
| 63 | GZQgcAEf |
| 64 | Hi Customer |
| 65 | HeLiLai Haven |
| 66 | South Blue Adi Clothing |
| 67 | HANSONGRUI TSHIRT |
| 70 | trend Trum |
| 71 | HZFUSHI |
| 73 | Grid City |
| 75 | ZEZHANGXI CLOTHING |
| 76 | L Z W |
| 78 | Glimmer Threads |
| 79 | MMSWMNSHOP |
| 80 | POP-UP 201 |
| 81 | Xiaoyue-129 |
| 82 | P-Tee Studio 61 |
| 83 | Man048 |

This terminates the action.

DATED: September 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 22, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt