**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Maui and Sons

Plaintiff,

v.

Case No.: 1:26−cv−01866
Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice [42] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) all remaining defendants are voluntarily dismissed without prejudice. Telephonic hearing set for 9/29/2026 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.