AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Illinois-Eastern Division on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 26cv1866 | 2/19/2026 | Northern District of Illinois-Eastern Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| Maui and Sons | The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | M. Navarro | 9/23/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

Exhibit 1

# United States of America
## United States Patent and Trademark Office

# LIVE YOUR ALOHA

**Reg. No. 7,530,921**

**Registered Oct. 08, 2024**

**Int. Cl.: 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Maui and Sons (CALIFORNIA CORPORATION)
17383 Sunset Blvd., Suite 101
Pacific Palisades, CALIFORNIA 90272

CLASS 25: Clothing, namely, shorts, shirts, pants, bathing suits, jackets, hats, t-shirts, tank tops, sweat shirts, sweat pants, socks, footwear, board shorts, long sleeve shirts, swimming suits, swimwear, skirts, blouses, vests

FIRST USE 5-1-2022; IN COMMERCE 5-1-2022

CLASS 35: Online retail store services featuring apparel, swimwear, skateboards and skateboarding accessories, and surfboards and surfing accessories

FIRST USE 6-17-2024; IN COMMERCE 6-17-2024

The color(s) green, pink, blue, yellow, black and white is/are claimed as a feature of the mark.

The mark consists of the wording "LIVE YOUR ALOHA" in black, with the "O" in "ALOHA" comprising a black circle containing the wording "MAUI" across the middle in white lettering, with a thin white band around the perimeter of the black circle resolving to the wording "AND SONS" in white at the bottom of the black circle, and with a small green triangle in the upper-left quadrant of the black circle, a small pink circle in the upper-right quadrant of the black circle, a small blue rectangle in the lower-right quadrant of the black circle, and a small yellow square in the lower-left quadrant of the black circle.

OWNER OF U.S. REG. NO. 1935966, 2210850, 1922160

SER. NO. 97-062,318, FILED 10-06-2021

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MAUI AND ALL

**Reg. No. 6,828,997**

**Registered Aug. 23, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Maui and Sons (CALIFORNIA CORPORATION)
17383 Sunset Blvd., Suite 101
Pacific Palisades, CALIFORNIA 90272

CLASS 25: Clothing, namely, shorts, shirts, pants, bathing suits, jackets, hats, t-shirts, tank tops, sweat shirts, sweat pants, socks, board shorts, long sleeve shirts, swimming suits, swimwear, vests

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3260836, 1432990, 1922160

SER. NO. 90-557,999, FILED 03-03-2021

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,432,990**

# United States Patent and Trademark Office

**Registered Mar. 17, 1987**

**TRADEMARK**
**PRINCIPAL REGISTER**

MAUI

and Sons

MAUI AND SONS (CALIFORNIA CORPORATION)
#C-1
930 WEST 16TH ST.
COSTA MESA, CA 92627 , ASSIGNEE OF MAUI AND SONS (PARTNERSHIP) CORONA DEL MAR, CA 92625

FOR: SWIMMING SUITS AND TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-28-1981; IN COMMERCE 10-19-1981.

SER. NO. 343,278, FILED 12-24-1981.

DAVID C. REIHNER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

MAUI ACTIVE

**Reg. No. 4,332,351**

**Registered May 7, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HARROW STREET, LTD. (HONG KONG CORPORATION)
CENTRAL PLAZA, 18 HARBOUR ROAD
SUITE 5704-5, 57TH FLOOR
WANCHAI, HONG KONG

FOR: CLOTHING, NAMELY, TEE SHIRTS, TANK TOPS, SHIRTS, PANTS, SHORTS, SWEAT SHIRTS, SWEAT PANTS, JACKETS, SOCKS, HATS AND FOOTWEAR , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

OWNER OF U.S. REG. NOS. 1,432,990, 1,935,966, AND OTHERS.

THE COLOR(S) BLACK, WHITE, GREEN, PINK, YELLOW AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACTIVE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "MAUI ACTIVE" DEPICTED IN WHITE AGAINST A BLACK RECTANGULAR BACKGROUND, WITH A GREEN TRIANGLE, PINK CIRCLE, YELLOW SQUARE AND BLUE RECTANGLE DEPICTED TO THE RIGHT OF THE WORD "MAUI" AND BENEATH THE WORD "ACTIVE".

SN 85-249,798, FILED 2-23-2011.

B. PARADEWELAI, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Acting Director of the United States Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,260,836**

**United States Patent and Trademark Office** **Registered July 10, 2007**

## TRADEMARK
### PRINCIPAL REGISTER



HARROW STREET, LTD. (HONG KONG CORPORATION)
28/F, NO. 3 LOCKHART ROAD
HONG KONG, HONG KONG

FOR: CLOTHING, NAMELY, TEE SHIRTS, TANK TOPS, SHIRTS, PANTS, SHORTS, SWEAT SHIRTS, SWEAT PANTS, JACKETS, SOCKS, HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-1981; IN COMMERCE 6-0-1992.

OWNER OF U.S. REG. NOS. 1,922,160, 1,935,966, AND 2,210,850.

THE MARK CONSISTS OF "SHARKMAN" FIGURE ON BEACH WITH SURFBOARD.

SER. NO. 78-952,424, FILED 8-15-2006.

GRETTA YAO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,336,794**

**United States Patent and Trademark Office** **Registered Nov. 13, 2007**

**TRADEMARK**
**PRINCIPAL REGISTER**

# MISS MALIBU

HARROW STREET, LTD. (HONG KONG CORPORATION)
28/F, NO. 3 LOCKHART ROAD
HONG KONG, HONG KONG

FOR: CLOTHING, NAMELY, SHIRTS, TEE SHIRTS, SWEAT SHIRTS, SHORTS, PANTS, SWEAT PANTS, SWIMMING SUITS, SKIRTS, BLOUSES AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-2006; IN COMMERCE 3-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-806,487, FILED 2-3-2006.

SALLY SHIH, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,135,017**

**United States Patent and Trademark Office** **Registered Aug. 29, 2006**

**TRADEMARK**
**PRINCIPAL REGISTER**

# MAUI PRINCESS

HARROW STREET, LTD. (HONG KONG CORPORATION)
28/F., NO. 3 LOCKHART ROAD
HONG KONG, HONG KONG

FOR: CLOTHING, NAMELY, SHIRTS, TEE SHIRTS, SWEAT SHIRTS, SHORTS, PANTS, SWEAT PANTS, SWIMMING SUITS, JACKETS, VESTS, SOCKS, SKIRTS, BLOUSES, SHOES AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1998; IN COMMERCE 1-15-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-523,628, FILED 11-29-2004.

THEODORE MCBRIDE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,922,160

**United States Patent and Trademark Office** Registered Sep. 26, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# MAUI AND SONS

HARROW STREET LTD. (HONG KONG CORPORATION)
7/F MANULIFE TOWER
169 ELECTRIC ROAD
NORTH POINT, HONG KONG

FOR: CLOTHING, NAMELY TEE SHIRTS, SHIRTS, SWEAT SHIRTS, TANK TOPS, PANTS, SHORTS, SOCKS, JACKETS, VESTS AND HATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-28-1981; IN COMMERCE 10-19-1981.

OWNER OF U.S. REG. NO. 1,432,990.

SER. NO. 74-560,089, FILED 8-11-1994.

ANTHONY LUPO, EXAMINING ATTORNEY

900404180 04/28/2017

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM425572

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Harrow Street Limited | | 03/27/2017 | Corporation: HONG KONG |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Maui and Sons |
| **Street Address:** | 17383 Sunset Blvd. |
| **Internal Address:** | Suite 101 |
| **City:** | Pacific Palisades |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 90272 |
| **Entity Type:** | Corporation: CALIFORNIA |

**PROPERTY NUMBERS Total: 18**

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 5050340 | MALIBU BEACH POLO CLUB P O L O |
| **Registration Number:** | 4503199 | PARADISE COVE |
| **Registration Number:** | 4499519 | SUNRISE BAY |
| **Registration Number:** | 4235991 | X-CALIBER |
| **Registration Number:** | 4248320 | X-CALIBER |
| **Registration Number:** | 4332351 | MAUI ACTIVE |
| **Registration Number:** | 4101313 | |
| **Registration Number:** | 4104402 | MAUI AND SONS |
| **Registration Number:** | 4104261 | MAUI & SONS |
| **Registration Number:** | 3260836 | MAUI AND SONS |
| **Registration Number:** | 3336794 | MISS MALIBU |
| **Registration Number:** | 3326458 | MAUI AND SONS |
| **Registration Number:** | 3135017 | MAUI PRINCESS |
| **Registration Number:** | 2210850 | MAUI AND SONS |
| **Registration Number:** | 3835415 | WHITE LAUNDRY |
| **Registration Number:** | 1922160 | MAUI AND SONS |
| **Registration Number:** | 1935966 | MAUI AND SONS |
| **Registration Number:** | 1432990 | MAUI AND SONS |

CH $465.00 5050340

**CORRESPONDENCE DATA**

**Fax Number:** 2138960400

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 213-891-5607

**Email:** crachina@buchalter.com

**Correspondent Name:** Corina Rachina

**Address Line 1:** 1000 Wilshire Blvd.

**Address Line 2:** 12th Floor

**Address Line 4:** LOS ANGELES, CALIFORNIA 90017

| | |
|---|---|
| **NAME OF SUBMITTER:** | Corina Rachina |
| **SIGNATURE:** | /s/ Corina Rachina |
| **DATE SIGNED:** | 04/28/2017 |

**Total Attachments: 5**

source=assignment#page1.tif

source=assignment#page2.tif

source=assignment#page3.tif

source=assignment#page4.tif

source=assignment#page5.tif

## Trademark Assignment

**WHEREAS**, Harrow Street Limited, a Hong Kong corporation, with a registered office at Suite 5508, 55th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong ("**Assignor**"), has adopted, owned and used the trademarks, including registrations, identified in **Exhibit A** herein, attached hereto and incorporated by this reference, and the goodwill symbolized by the trademarks and all common law rights thereto (hereinafter collectively the "**Marks**");

**WHEREAS**, Assignor wishes to transfer all of its rights, title and interest in and relating to the Marks, as well as the goodwill symbolized by the Marks, and all on-going and existing business associated thereafter to Maui and Sons, a California corporation, with a principal place of business of 17383 Sunset Blvd., Suite 101, Pacific Palisades, California 90272 ("**Assignee**"), and Assignee wishes to receive such transfer and absolute assignment;

**WHEREAS**, Assignor and Assignee are affiliated entities, and Assignor is directly interested in the affairs of Assignee and will materially benefit from the transfer of the Marks to Assignee;

**WHEREAS**, the parties desire to memorialize the transfer and absolute assignment of the Marks, together with the goodwill of the business symbolized therein, all on-going and existing business associated with the Marks and all common law rights relating thereto, and all rights to recover for past infringements.

**NOW THEREFORE**, in consideration of the receipt of the sum of Ten Dollars ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, absolutely assigns and transfers to Assignee all of its rights, title and interest in and to the Marks, together with the goodwill symbolized by the Marks, all on-going and existing business associated with the Marks and all common law rights relating thereto and all rights to recover for past infringements.

Dated: March 27, 2017

For and on behalf of
HARROW STREET LIMITED

**ASSIGNOR:**

**HARROW STREET LIMITED:**

By: ______________________________
Authorised Signatory
Name: Cheng Yee Man Mandy
Title: Director

**AGREED TO AND ACCEPTED BY:**

**ASSIGNEE:**

**MAUI AND SONS:**

By: ______________________________
Name: Richard Harrington
Title: Chief Executive Officer

## Trademark Assignment

**WHEREAS**, Harrow Street Limited, a Hong Kong corporation, with a registered office at Suite 5508, 55th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong ("**Assignor**"), has adopted, owned and used the trademarks, including registrations, identified in **Exhibit A** herein, attached hereto and incorporated by this reference, and the goodwill symbolized by the trademarks and all common law rights thereto (hereinafter collectively the "**Marks**");

**WHEREAS**, Assignor wishes to transfer all of its rights, title and interest in and relating to the Marks, as well as the goodwill symbolized by the Marks, and all on-going and existing business associated thereafter to Maui and Sons, a California corporation, with a principal place of business of 17383 Sunset Blvd., Suite 101, Pacific Palisades, California 90272 ("**Assignee**"), and Assignee wishes to receive such transfer and absolute assignment;

**WHEREAS**, Assignor and Assignee are affiliated entities, and Assignor is directly interested in the affairs of Assignee and will materially benefit from the transfer of the Marks to Assignee;

**WHEREAS**, the parties desire to memorialize the transfer and absolute assignment of the Marks, together with the goodwill of the business symbolized therein, all on-going and existing business associated with the Marks and all common law rights relating thereto, and all rights to recover for past infringements.

**NOW THEREFORE**, in consideration of the receipt of the sum of Ten Dollars ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, absolutely assigns and transfers to Assignee all of its rights, title and interest in and to the Marks, together with the goodwill symbolized by the Marks, all on-going and existing business associated with the Marks and all common law rights relating thereto and all rights to recover for past infringements.

Dated: March 27, 2017

**ASSIGNOR**

**HARROW STREET LIMITED:**

By: ______________________
Name: Cheng Yee Man Mandy
Title: Director

**AGREED TO AND ACCEPTED BY:**

**ASSIGNEE**

**MAUI AND SONS:**

By: ______________________
Name: Richard Harrington
Title: Chief Executive Officer

**EXHIBIT A**

**US Trademarks**

| Description of Trademark | Application/ Registration Number | Application/ Registration Date |
|---|---|---|
| | 86441280 / 5050340 | 10/31/2014 / 09/27/2016 |
| PARADISE COVE | 85913413 / 4503199 | 04/24/2013 / 03/25/2014 |
| SUNRISE BAY | 85913411 / 4499519 | 04/24/2013 / 03/18/2014 |
| X-CALIBER | 85279794 / 4235991 | 03/29/2011 / 11/06/2012 |
| X-CALIBER | 85279782 / 4248320 | 03/29/2011 / 11/27/2012 |
| MAUI ACTIVE | 85249798 / 4332351 | 02/23/2011 / 05/07/2013 |
| | 85249763 / 4101313 | 02/23/2011 / 02/21/2012 |
| MAUI AND SONS | 85245905 / 4104402 | 02/18/2011 / 02/28/2012 |
| MAUI & SONS | 85221298 | 01/19/2011 |



BN 28165816v4

| | | |
|---|---|---|
| | / 4104261 | / 02/28/2012 |
| | 78952424 / 3260836 | 08/15/2006 / 07/10/2007 |
| **MISS MALIBU** | 78806487 / 3336794 | 02/03/2006 / 11/13/2007 |
| **MAUI AND SONS** | 78673466 / 3326458 | 07/19/2005 / 10/30/2007 |
| **MAUI PRINCESS** | 78523628 / 3135017 | 11/29/2004 / 08/29/2006 |
| | 75372743 / 2210850 | 10/14/1997 / 12/15/1998 |
| | 74586273 / 3835415 | 10/17/1994 / 08/17/2010 |
| **MAUI AND SONS** | 74560089 / 1922160 | 08/11/1994 / 09/26/1995 |

Exhibit A

BN 28165816v4

| | | |
|---|---|---|
| MAUI and Sons | 74470905 / 1935966 | 12/17/1993 / 11/14/1995 |
| MAUI and Sons | 73343278 / 1432990 | 12/24/1981 / 03/17/1987 |

Exhibit A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,146,278**

**Registered Sep. 08, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

ABG-AERO IPCO, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Authentic Brands Group, Llc
1411 Broadway
New York, NEW YORK 10018

CLASS 25: Bottoms as clothing; Tops as clothing; Caps being headwear; Hats; Jackets; Shirts; Shorts; Sweatshirts

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

The mark consists of a design of the driver's side of a woody car being driven by a person with their arm out the window, with a surfboard sticking out of the back of the car.

SER. NO. 88-777,924, FILED 01-29-2020

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# JIMMY'Z

**Reg. No. 6,024,747**

**Registered Mar. 31, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

ABG-Aero IPCO, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Authentic Brands Group, Llc
1411 Broadway
New York, NEW YORK 10018

CLASS 25: Clothing, namely, active wear and sportswear in the nature of sports bras, bathing suits, tracksuits, leggings, shorts, sweatpants, sweatshirts; shirts; shorts; pants; jackets; sweaters; jeans; trousers; vests; coats; dresses; skirts; hats; caps being headwear; belts; swimwear; footwear; shoes; sneakers; sandals

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4594167

SER. NO. 87-929,400, FILED 05-21-2018

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

900567865 09/03/2020

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM595894

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ABG-AERO IPCO, LLC | | 08/13/2020 | Limited Liability Company: DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Maui and Sons |
| **Street Address:** | 17383 Sunset Blvd., Suite 101 |
| **City:** | Pacific Palisades |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 90272 |
| **Entity Type:** | Corporation: CALIFORNIA |

**PROPERTY NUMBERS Total: 6**

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 88778041 | |
| **Serial Number:** | 88777924 | |
| **Serial Number:** | 88778048 | |
| **Serial Number:** | 88778045 | |
| **Registration Number:** | 6024747 | JIMMY'Z |
| **Registration Number:** | 4594167 | JIMMY'Z |

OP $165.00 88778041

**CORRESPONDENCE DATA**

**Fax Number:** 7032436410

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 703-465-5356
**Email:** major@mwzb.com
**Correspondent Name:** Scott J. Major
**Address Line 1:** 2200 Clarendon Blvd., 14th Floor
**Address Line 4:** Arlington, VIRGINIA 22201

| | |
|---|---|
| **NAME OF SUBMITTER:** | Scott J. Major |
| **SIGNATURE:** | /Scott J. Major/ |
| **DATE SIGNED:** | 09/03/2020 |

**Total Attachments: 4**

source=M&S assignment#page1.tif

source=M&S assignment#page2.tif

source=M&S assignment#page3.tif

source=M&S assignment#page4.tif

# ASSIGNMENT AGREEMENT

This ASSIGNMENT AGREEMENT (this "Assignment") is made as of the 13th day of August, 2020 by and between ABG-AERO IPCO, LLC, a Delaware limited liability company ("Assignor"), and Maui and Sons, a domestic stock company organized in the State of California ("Assignee"). Assignor and Assignee are sometimes hereinafter collectively referred to as the "Parties," or individually as a "Party."

**WHEREAS**, Assignor wishes to assign to Assignee all of Assignor's right, title and interest (whether statutory, common law or otherwise) in and to its **JIMMY'Z** trademarks and related "Woody" logos (the JIMMY'Z trademarks and Woody logos collectively referred to hereinafter as "the Trademarks") that are the subject of existing trademark registrations (the "Existing Registrations") and pending trademark applications (the "Pending Applications") as set forth on Schedule A hereto, together with the goodwill associated with any of the Trademarks and all registrations, applications for registration, renewals and extensions therefor.

**NOW THEREFORE**, for the sum of Ten U.S. Dollars ($10.00 USD) and such other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged:

1. Assignment. Assignor acknowledges that Assignee has been its licensee as to the Trademarks, and that Assignee is the successor to the ongoing and existing portion of Assignor's business to which the Trademarks pertain. Assignor does hereby irrevocably sell, assign, convey and transfer to Assignee (i) all its right, title and interest (whether statutory, common law or otherwise) in and to the Trademarks, together with the goodwill associated with any of the Trademarks; (ii) all of its right, title and interest in and to the Existing Registrations and Pending Applications; and (iii) all claims, causes of action and other legal rights and remedies, whether or not known as of the date hereof, relating to the ownership of the Trademarks, the Existing Registrations and the Pending Applications. The foregoing assignment includes, but is not limited to, the rights to (a) apply for and maintain all registrations and renewals of the Existing Registrations, (b) file documents required to advance the Pending Applications to registration, (c) bring actions or otherwise recover for infringements, dilutions or other violations thereof, and the right to the profits or damages due or accrued, arising out of or in connection with any and all past, present or future infringements, dilutions and other violations of the Existing Registrations, and (d) file documents reflecting changes of corporate name or form relating to the Existing Registrations and Pending Applications.

2. Further Assurances. Subject to the terms and conditions of this Assignment, each Party agrees to use its commercially reasonable efforts, without any further consideration, to execute and deliver such other documents and to take such other actions as the other may reasonably request in order to effectuate the purposes of this Assignment and to consummate the actions contemplated hereby, including the execution of any assignment agreement as may be necessary to effectuate, confirm and/or record the assignment granted herein with any applicable government entity. For the avoidance of doubt, Assignee shall pay all of the costs and fees (including attorneys' fees and governmental filings fees) associated with the foregoing and with any other filings that may be required for the continuing protection and transfer of the ownership of the Trademarks to Assignee, including, specifically, the recordation in any trademark

office of this Assignment or any other forms of assignment reasonably requested by Assignee.

3. Binding Effect; Assignment. This Assignment shall be binding upon and inure solely to the benefit of the Parties and their respective successors and permitted assigns.

4. Governing Law. This Assignment, and any dispute, claim, legal action, suit, proceeding or controversy (whether in contract or tort) arising out of or relating to this Assignment, or the negotiation, execution or performance of this Assignment (including any cause of action based upon, arising out of or related to this Assignment or as an inducement to enter this Assignment), shall be governed by, and construed in accordance with, the laws of New York, United States of America without regard to conflict of law principles thereof.

5. Counterparts; Effectiveness. This Assignment may be executed in any number of counterparts, as if the signatures to each counterpart were upon a single instrument, and all such counterparts together shall be deemed an original of this Assignment. Facsimile signatures or signatures received as a pdf attachment to electronic mail shall be treated as original signatures for all purposes of this Assignment. This Assignment shall become effective when, and only when, each Party has received a counterpart signed by the other Party.

*[Signature page follows]*

**IN WITNESS WHEREOF**, the Parties have caused this Assignment to be executed as of the date first written above by their respective officers thereunto duly authorized.

ABG-AERO IPCO, as Assignor

By: Jay Dubiner
Name: Jay Dubiner
Title: General Counsel

Maui and Sons, as Assignee

By: ____________________
Name:
Title:

## SCHEDULE A

## ASSIGNED TRADEMARKS

### Existing Registrations

| Trademark | Country | Application Number | Registration Number |
|---|---|---|---|
| JIMMY'Z | Canada | 585544 | TMA483286 |
| JIMMY'Z | Canada | 580591 | TMA524589 |
|  | Canada | 692065 | TMA436734 |
|  | Canada | 585531 | TMA375992 |
| JIMMY'Z | United States of America | 85982067 | 4594167 |
| JIMMY'Z | United States of America | 87929400 | 6024747 |

### Pending Applications

| Trademark | Country | Application Number |
|---|---|---|
|  | United States of America | 88777924 |
|  | United States of America | 88778041 |
|  | United States of America | 88778045 |
|  | United States of America | 88778048 |

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Maui and Sons

Plaintiff,

v.

Case No.: 1:26−cv−01866
Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice [42] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) all remaining defendants are voluntarily dismissed without prejudice. Telephonic hearing set for 9/29/2026 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.